AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, <br><br> *Plaintiff(s)* <br><br> v. <br><br> MBB SERVICES, INC., d/b/a MBB 1881 Tremont, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MBB SERVICES, INC., d/b/a MBB 1881 Tremont
1881 E TREMONT AVE
BRONX, NY 10462

For the remaining 14 defendants' addresses, please see Rider to request for summons filed on Mar. 17, 2022).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey S. Rogoff
U.S. Department of Labor
201 Varick Street
Room 983
New York, NY 10014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/18/2022

/S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Summons Rider- Additional Parties to be served

136 N. WELLWOOD AVE GAS INC., d/b/a Sunoco Lindenhurst

136 N. WELLWOOD AVE.

LINDENHURST, NY 11757 COUNTY – SUFFOLK

150 FULTON ST., INC., d/b/a Sunoco Food Mart

150 FULTON ST.

FARMINGDALE, NY 11735 COUNTY – NASSAU

1575 ROUTE 112 GAS, INC., d/b/a US Petroleum

1575 ROUTE 112

PORT JEFFERSON STATION, NY 11776 COUNTY – SUFFOLK

278 WEST MAIN ST. INC., d/b/a Mobil

278 WEST MAIN ST.

SMITHTOWN, NY 11787 COUNTY – SUFFOLK

635 EAST MAIN ST., INC., d/b/a Mobil Kings Park

635 EAST MAIN ST.

KINGS PARK, NY 11754 COUNTY – SUFFOLK

771 PENINSULA BLVD., INC., d/b/a Hempstead BP

771 PENINSULA BLVD.

HEMPSTEAD, NY 11550 COUNTY – NASSAU

848 WILLIS AVE. SERVICES, INC., d/b/a Euro Gas Albertson

848 WILLIS AVE.

ALBERSTON, NY 11507 COUNTY – NASSAU

BIBA REALTY CORP., d/b/a Sunoco Bronx

820 EAST 1820 STREET

BRONX, NY 10460 COUNTY – BRONX

HILLSIDE- LAKEVILLE SERVICES, INC., d/b/a 720 Hillside Sunoco

720 HILLSIDE AVE.

NEW HYDE PARK, NY 11040 COUNTY – NASSAU

HP GAS, INC., d/b/a Sunoco Freeport

85 N. MAIN ST.

FREEPORT, NY 11520 COUNTY – NASSAU

INWOOD FUEL, INC., d/b/a/ 24 Hours Minimart 105 Sheridan Blvd

105 SHERIDAN BLVD.

INWOOD, NY 11096 COUNTY – NASSAU

INWOOD GAS, INC., d/b/a/ Sunoco Inwood

20 SHERIDAN BLVD.

INWOOD, NY 11096 COUNTY – NASSAU


JTP GAS, INC., d/b/a JTP Floral Park

139 JERICHO TPKE.

FLORAL PARK, NY 11001 COUNTY – NASSAU


TREMONT GAS, INC., d/b/a Sunoco Tremont Bronx

3305 E. TREMONT AVE.

BRONX, NY 10461 COUNTY – BRONX


JAGJIT SINGH

83-20 LANGDALE STREET

NEW HYDE PARK, NY 11040 COUNTY – NASSAU