

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Larry R. Martinez, Esq.*
*Writer's Direct Dial (516) 747-0300, Ext. 155*
*Writer's Fax: (516) 237-2893*
*Email: lmartinez@meltzerlippe.com*

June 17, 2022

**Via ECF and e-mail**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
<CronanNYSDChambers@nysd.uscourts.gov>

Re: Joint request for extension in the matter of *Martin J. Walsh v. MBB Services Inc. d/b/a MBB 1881 Tremont et al.,* Civ. A. No. 22-cv-02206-JPC

Dear Judge Cronan:

Pursuant to the Court's Individual Rules and Practices, we write on behalf of the parties to request an adjournment of the upcoming deadlines to submit the case management plan and joint letter as ordered in the Notice of Assignment issued on June 9, 2022 (ECF Doc. No. 11). Pursuant to the Court's Order, the case management plan and joint letter are due to be filed no later than seven days prior to the Initial Pretrial Conference scheduled on June 28, 2022. The parties seek to have the deadlines postponed until after the parties' mediation ordered by the Court takes place. *See* Mediation Referral Order (ECF Doc. No. 12). The requested extension is warranted to allow the parties to focus their efforts on preparing for and engaging in the mediation and settlement discussions, including working on exchanging documents and information as instructed in the Mediation Referral Order.

In light of the parties' agreement and the good cause outlined above, the parties respectfully request that the deadline to file the case management plan and joint letter be postponed until after the mediation.

Respectfully submitted,

Meltzer, Lippe, Goldstein & Breitstone, LLP
*Attorneys for Defendants*

*/s/ Larry R. Martinez*
Larry R. Martinez, Esq.
Justin A. Schwamb, Esq.

The parties' request is granted. The Initial Pretrial Conference ("IPTC") scheduled for June 28, 2022, at 11:00 a.m. is adjourned to August 9, 2022, at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The parties shall submit the pre-IPTC joint letter and the proposed Case Management Plan and Scheduling Order, *see* Dkt. 11 at 1-2, by August 2, 2022.

SO ORDERED.

Date:  June 21, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge

4862-3397-4821, v. 2