```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTIN J WALSH,

                              Plaintiff,

   - against -

MBB SERVICES, INC. *et al.*,

                            Defendants.
-----------------------------------------------------------------X

22-CV-2206 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By letter dated September 18, 2023 at Dkt. 89, the parties jointly request that the Court hold a settlement conference and stay all proceedings so that the parties may focus their efforts, and resources, on resolving the matter. The fact discovery deadline is just a month away, but the parties recently renewed settlement discussions and have not yet embarked on depositions and believe that will be a time-consuming and expensive process. Under the circumstances of this case, the Court believes that the requested stay best serves the ends of justice and judicial efficiency.

    Accordingly, the Court grants the requested relief. All deadlines are hereby stayed sine die, pending a settlement conference with the undersigned. My Deputy Clerk will reach out to the parties to schedule the settlement conference and a pre-conference telephone call.

    In light of the stay, the Court holds in abeyance the parties' letter motions at Dkts. 81 and 85.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2023
       New York, New York

Copies transmitted this date to all counsel of record.