

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2024
```

*Nicholas P. Melito, Esq.*
*Writer's Direct Dial (516) 747-0300, Ext. 288*
*Writer's Fax: (516) 237-2893*
*Email: nmelito@meltzerlippe.com*

January 25, 2024

**Via ECF and e-mail**
Magistrate Judge Robert W. Lehrburger
United States District Court, S.D.N.Y.
500 Pearl Street, Room 18D
New York, NY 10007
<Lehrburger_NYSDChambers@nysd.uscourts.gov>

Re: *Julie A. Su v. MBB Services Inc. d/b/a MBB 1881 Tremont et al.*,
**Docket No.: 22-cv-02206-JHR-RWL**

Dear Judge Lehrburger:

The undersigned firm is counsel to Defendants in the above-referenced matter. With Plaintiff's consent, we write pursuant to the Court's Individual Practices in Civil Cases ("Court's Rules") to respectfully request the Court adjourn the settlement conference currently scheduled for February 8, 2024 until June 2024 (on a date convenient to the Court).

The parties remain in communications in an attempt to informally resolve this matter, by narrowing the "gap" in settlement figures. The parties believe that it would be more productive to postpone the conference until June so as to maximize the value of the Court's involvement if the parties are still not able to reach a resolution before then. In addition, Defendants are gathering financial records that the Department of Labor would need to review to evaluate Defendants' claim of a partial financial hardship, and that would simultaneously allow Defendants to apply for private financing that might obviate Defendants' request for a payment plan. This process has been delayed due to significant personal and professional matters that arose for Defendants, their accountant, and Defendants' counsel. The adjournment would allow sufficient time for the aforementioned processes to complete and for the parties to attempt to make additional progress with the aim of resolving any remaining issues at a settlement conference.

We sincerely thank the Court for its time and consideration of the foregoing.

The adjournment is granted, and the settlement conference will be rescheduled for June 2024.

SO ORDERED:

1/26/2024     /s/
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Meltzer, Lippe, Goldstein & Breitstone, LLP
*Attorneys for Defendants*

*/s/ Nicholas P. Melito*
Nicholas P. Melito, Esq.

cc: All counsel of record (*via* ECF)

4877-9612-3296, v. 4