UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MARTIN J WALSH,

                       Plaintiff,

   - against -

MBB SERVICES, INC. *et al.,*

                  Defendants.

---------------------------------------------------------------X

22-CV-2206 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties having reported settlement in principle, the Court has administratively terminated the motions at Dkts. 81 and 85.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2024
     New York, New York

Copies transmitted this date to all counsel of record.